IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

PRISCILLA FORD,

    Plaintiff

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant

CASE NO. 3:07-CV-61 (CDL)

## O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 16, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 13th day of August, 2008.

    S/Clay D. Land
    CLAY D. LAND
    UNITED STATES DISTRICT JUDGE